IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : CRIMINAL NO. 3:14-CR-40-CAR |
| | : |
| v. | : VIOLATION(S): |
| | : |
| DAVID BENTON, | : 21 U.S.C. § 846 i/c/w |
| | : 21 U.S.C. § 841(a)(1) |
| Defendant. | : 21 U.S.C. § 841(b)(1)(A)(viii) |
| | : |

**THE GRAND JURY CHARGES:**

### COUNT ONE

Conspiracy to Possess With Intent to Distribute Methamphetamine – 21 U.S.C. § 846

From on or about October 6, 2013, the exact date being unknown to the Grand Jury, and continuing to on or about December 7, 2013, in the Athens Division of the Middle District of Georgia, and elsewhere,

**DAVID BENTON,**

defendant herein, knowingly and intentionally combined, conspired, confederated and agreed with other persons known and unknown to the Grand Jury, to possess with intent to distribute more than 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 846, in connection with Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

Presented by:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

PETER D. LEARY
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 12th day of August, AD 2014.

Deputy Clerk