IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : CRIMINAL NO. 3:14-CR-40 |
| | : |
| v. | : SUPERSEDING INFORMATION |
| | : |
| DAVID BENTON. | : |
| | : Filed at____2:10__P M____20 15 |
| | Deputy Clerk |
| | Middle District of Georgia |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE

**Conspiracy to Possess With Intent to Distribute Methamphetamine – 21 U.S.C. § 846**

From on or about October 6, 2013, the exact date being unknown to the United States

Attorney, and continuing to on or about December 7, 2013, in the Athens Division of the Middle

District of Georgia, and elsewhere,

**DAVID BENTON,**

defendant herein, knowingly and intentionally conspired with other persons known and unknown

to the United States Attorney, to possess with intent to distribute a mixture and substance

containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in

violation of Title 21, United States Code, Section 846, in connection with Title 21, United States

Code, Sections 841(a)(1) and 841(b)(1)(C).

MICHAEL J. MOORE
UNITED STATES ATTORNEY

By: _____
Peter D. Leary
Assistant United States Attorney