IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIM. NO. 3:14-CR-40 (CAR) |
| v. | : |
| | : Filed at 2:20 P.M., 4-8, 2015 |
| DAVID BENTON. | : Deputy Clerk, U.S. District Court |
| | : Middle District of Georgia |

**PLEA**

I, DAVID BENTON, having been advised of my Constitutional rights, and having had the charges herein stated to me, plead Guilty to Count One of the Superseding Information, this 8th day of April, 2015.

_____
DAVID BENTON
DEFENDANT

_____
CATHERINE M. WILLIAMS
ATTORNEY FOR DEFENDANT

_____
PETER D. LEARY
ASSISTANT UNITED STATES ATTORNEY