**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No.: 3:14-CR-00040-CAR-CHW-1 |
| DAVID BENTON | |

**NOTICE OF APPEAL**

Notice is hereby given that **MR. DAVID BENTON**, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's final judgment entered on the 30th day of June, 2015.  Doc. 35.

Dated this 6th day of July, 2015.

Respectfully submitted,

*s / Martin J. Vogelbaum*
MARTIN J. VOGELBAUM
MA Bar No. 657564
Appellate Counsel for Mr. Benton
Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King, Jr. Boulevard, Suite 400
Macon, Georgia 31201
Tel:  (478) 207-3443
Fax:  (478) 207-3419
E-mail:  martin_vogelbaum@fd.org

**CERTIFICATE OF SERVICE**

I, Martin J. Vogelbaum, hereby certify that on July 6, 2015, I caused the foregoing *Notice of Appeal* to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such to all counsel of record.

*s / Martin J. Vogelbaum*
MARTIN J. VOGELBAUM
MA Bar No. 657564
Appellate Counsel for Mr. Benton
Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King, Jr. Boulevard, Suite 400
Macon, Georgia 31201
Tel:  (478) 207-3443
Fax:  (478) 207-3419
E-mail:  martin_vogelbaum@fd.org
